# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
§
NEKRASOV, EVGENIJ § Case No. 12-17070
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/20/2013 and the deadline for filing governmental claims was 03/20/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 36.82 , for total expenses of $ 36.82 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/18/2014        By: /s/ Joseph E. Cohen
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-17070 ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | NEKRASOV, EVGENIJ | Date Filed (f) or Converted (c): | 04/26/12 (f) |
| | | 341(a) Meeting Date: | 05/21/12 |
| For Period Ending: | 08/14/14 | Claims Bar Date: | 03/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Purchased in 2004 for $300,000. | 185,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Debtor | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account, Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account, Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5. normal clothing of the debtor | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Volkswagen Touareg | 38,470.00 | 0.00 | | 0.00 | FA |
| 7. 1999 Toyota Camry 120000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. 2000 Fratliner Truck | 10,000.00 | 0.00 | | 5,000.01 | FA |
| TOTALS (Excluding Unknown Values) | $235,270.00 | $0.00 | | $5,000.01 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS INVESTIGATING THE VALUE OF THE DEBTOR'S VEHICLES.  TRUSTEE TO EMPLOY COUNSEL AND FILE OBJECTION TO DEBTORS
CLAIM OF EXEMPTION.
TRUSTEE HAS FILED MOTION TO SELL VEHICLES BACK TO DEBTOR.  SALE ORDER ENTERED AND THE DEBTOR IS MAKING INSTALLMENT
PAYMENTS TO THE TRUSTEE.  ALL PAYMENTS HAVE BEEN MADE AND TRUSTEE WILL COMMENCE PREPARATION OF FINAL REPORT AND RELATED
DOCUMENTS - January 16, 2014. TRUSTEE IS SUBMITTING HIS TFR, NFR AND RELATED DOCUMENTS TO UST FOR REVIEW - August 18,
2014.

Initial Projected Date of Final Report (TFR): 06/30/14      Current Projected Date of Final Report (TFR): 07/30/14

Case 12-17070  Doc 32  Filed 09/22/14  Entered 09/22/14 15:31:48  Desc Main
Document  Page 4 of 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-17070 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NEKRASOV, EVGENIJ | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2317 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6373 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/12 | 8 | Marina P. Stolkarts | Sale of Vehicle | 1129-000 | 1,666.67 | | 1,666.67 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.45 | 1,666.22 |
| 01/15/13 | 8 | MARINA P. STOLKARTS | Sale of Vehicle | 1129-000 | 1,666.67 | | 3,332.89 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,322.89 |
| 02/18/13 | 8 | Marina Stolkarts | Sale of Vehicle | 1129-000 | 1,666.67 | | 4,989.56 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 3.50 | 4,986.06 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,976.06 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,966.06 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,956.06 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,946.06 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,936.06 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,926.06 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,916.06 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,906.06 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,896.06 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,886.06 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,876.06 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,866.06 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,856.06 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 7.06 | 4,849.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,839.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,829.00 |

Page Subtotals   5,000.01   171.01

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*   Ver: 18.00b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-17070 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NEKRASOV, EVGENIJ | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2317 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6373 | | |
| For Period Ending: | 08/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,819.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,809.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,799.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.01 | 201.01 | 4,799.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.01 | 201.01 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.01 | 201.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2317 | 5,000.01 | 201.01 | 4,799.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.01 | 201.01 | 4,799.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   30.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 18, 2014 |
|---|---|---|---|---|---|---|

Case Number:  12-17070  
Debtor Name:  NEKRASOV, EVGENIJ

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,748.00 | $2,748.00 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,286.82 | $1,286.82 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $10.56 | $10.56 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $2,053.79 | $2,053.79 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agenet<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,025.27 | $1,025.27 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,167.71 | $1,167.71 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $33,174.55 | $33,174.55 |
| 000005<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $26,448.43 | $26,448.43 |
| 000006<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor GE Capital Retail Bk(Sams Club<br>by PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $4,407.25 | $4,407.25 |
| | Case Totals: | | | $0.00 | $72,322.38 | $72,322.38 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-17070
Case Name: NEKRASOV, EVGENIJ
Trustee Name: JOSEPH E. COHEN

Balance on hand                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. by American InfoSource LP as agenet PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000003 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ | $ | $ |
| 000004 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000005 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Portfolio Recovery Associates, LLC Successor GE Capital Retail Bk(Sams Club by PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | $ | $ | $ |

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____

      Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE