UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                §
                                                      §
NEKRASOV, EVGENIJ                                     §    Case No. 12-17070
                                                      §
            Debtor(s)                                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  CLERK OF BANKRUPTCY COURT
              219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 10/24/2014 in Courtroom ,
                North Branch Court
                1792 Nicole Lane
                Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
                                                       Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          §
                                §
NEKRASOV, EVGENIJ               §         Case No. 12-17070
                                §
        Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.01 |
| and approved disbursements of | $ | 201.01 |
| leaving a balance on hand of[1] | $ | 4,799.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 36.82 | $ 0.00 | $ 36.82 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,748.00 | $ 0.00 | $ 2,748.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 10.56 | $ 10.56 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,034.82 |
| Remaining Balance | $ 764.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,277.00  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 2,053.79 | $ 0.00 | $ 22.99 |
| 000002 | Capital One Bank (USA), N.A. by American InfoSource LP as agenet PO Box 71083 Charlotte, NC 28272-1083 | $ 1,025.27 | $ 0.00 | $ 11.48 |
| 000003 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 1,167.71 | $ 0.00 | $ 13.07 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 33,174.55 | $ 0.00 | $ 371.30 |
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 26,448.43 | $ 0.00 | $ 296.02 |
| 000006 | Portfolio Recovery Associates, LLC Successor GE Capital Retail Bk(Sams Club by PRA Receivables Management, LLC POB 41067<br>Norfolk, VA 23541 | $ 4,407.25 | $ 0.00 | $ 49.32 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 764.18 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                            TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 12-17070-ABG
Evgenij Nekrasov                                                        Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                 Page 1 of 2                  Date Rcvd: Sep 24, 2014
                              Form ID: pdf006             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2014.
db              Evgenij Nekrasov,    2727 Maraine Valley Road,    Wauconda, IL 60084
aty            +Gina B. Krol,    Cohen and Krol,   105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18829642       +Advantage Leasing Corporation,    c/o Askounis & Darcy, Debra Devassy,
                 401 N. Michigan Ave, Ste 550,    Chicago, IL 60611-5523
20087306        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20067657        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18829644       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18829646      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
19889531        Capital One Bank (USA), N.A.,    by American InfoSource LP as agenet,    PO Box 71083,
                 Charlotte, NC 28272-1083
18829647       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18829648       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
18829651       +Hsbc/Bstby,    Po Box 5253,   Carol Stream, IL 60197-5253
18829652       +Illinois Collection Se (Original Credito,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
19063206       +Marina Stolkarts,    611 Hapsfield Lane,   Buffalo Grove IL 60089-4725
18829653       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
20203101      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 Successor GE Capital Retail Bk(Sams Club,    by PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541)
18829655       +Wfnnb/Roomplace,    Po Box 2974,   Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18829645        E-mail/Text: dob@bcu.org Sep 25 2014 00:12:19     Baxter Credit Union,   340 N Milwaukee Ave,
                 Vernon Hills, IL 60061
18829649       +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 25 2014 00:15:27     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
18829650       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2014 00:15:00     Gecrb/Sams Club Dc,
                 Po Box 981400,   El Paso, TX 79998-1400
19842129       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2014 00:15:56
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
19944023        E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2014 00:11:16
                 Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
18829654        E-mail/Text: vci.bkcy@vwcredit.com Sep 25 2014 00:11:46     Vw Credit,   2333 Waukegan Rd,
                 Deerfield, IL 60015
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19063207*      +Advantage Leasing Corporation,    c/o Askounis & Darcy Debra Devassy,
                 401 N Michigan Ave Ste 550,    Chicago IL 60611-5523
20203053*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor GE Capital Retail Bk(Sams Club,    by PRA Recivables Management LLC,    POB 41067,
                 Norfolk VA 23541)
19063208*     ++VOLKSWAGEN CREDIT UNION,    1401 FRANKLIN BLVD,    LIBERTYVILLE IL 60048-4460
               (address filed with court: VW Credit,    2333 Waukegan Rd,    Deerfield IL 60015)
18829643      ##+Advantage Leasing Corporation,    324 East Wisconsin Avenue,    Milwaukee, WI 53202-4315
                                                                                          TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2014                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: wepps                Page 2 of 2              Date Rcvd: Sep 24, 2014
                              Form ID: pdf006            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2014 at the address(es) listed below:
          E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          E. Philip  Groben    on behalf of Debtor Evgenij  Nekrasov pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          Galina R Karpel    on behalf of Debtor Evgenij  Nekrasov grakhman77@hotmail.com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Joseph E Cohen     jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```