# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| NEKRASOV, EVGENIJ | § | Case No. 12-17070 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Advantage Leasing Corporation c/o Askounis & Darcy, Debra Devassy 401 N. Michigan Ave, Ste 550 Chicago, IL 60611 |  |  |  |  |  |
|  | Baxter Credit Union 340 N Milwaukee Ave Vernon Hills, IL 60061 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vw Credit 2333 Waukegan Rd Deerfield, IL 60015 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL, ATTORNEYS | | | | | |
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citi Po Box 6241 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Gecrb/Sams Club Dc Po Box 981400 El Paso, TX 79998 |  |  |  |  |  |
|  | Hsbc/Bstby Po Box 5253 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Illinois Collection Se (Original Credito 8231 185th St Ste 100 Tinley Park, IL 60487 |  |  |  |  |  |
|  | Mcydsnb 9111 Duke Blvd Mason, OH 45040 |  |  |  |  |  |
|  | Wfnnb/Roomplace Po Box 2974 Shawnee Mission, KS 66201 |  |  |  |  |  |
| 000005 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000004 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000002 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-17070 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | NEKRASOV, EVGENIJ | | | Date Filed (f) or Converted (c): | 04/26/12 (f) |
| | | | | 341(a) Meeting Date: | 05/21/12 |
| For Period Ending: | 12/30/14 | | | Claims Bar Date: | 03/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Purchased in 2004 for $300,000. | 185,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Debtor | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account, Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account, Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5. normal clothing of the debtor | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Volkswagen Touareg | 38,470.00 | 0.00 | | 0.00 | FA |
| 7. 1999 Toyota Camry 120000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. 2000 Fratliner Truck | 10,000.00 | 0.00 | | 5,000.01 | FA |
| TOTALS (Excluding Unknown Values) | $235,270.00 | $0.00 | | $5,000.01 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS INVESTIGATING THE VALUE OF THE DEBTOR'S VEHICLES.  TRUSTEE TO EMPLOY COUNSEL AND FILE OBJECTION TO DEBTORS

CLAIM OF EXEMPTION.

TRUSTEE HAS FILED MOTION TO SELL VEHICLES BACK TO DEBTOR.  SALE ORDER ENTERED AND THE DEBTOR IS MAKING INSTALLMENT

PAYMENTS TO THE TRUSTEE.  ALL PAYMENTS HAVE BEEN MADE AND TRUSTEE WILL COMMENCE PREPARATION OF FINAL REPORT AND RELATED

DOCUMENTS - January 16, 2014. TRUSTEE IS SUBMITTING HIS TFR, NFR AND RELATED DOCUMENTS TO UST FOR REVIEW - August 18,

2014.  TFR FILED WITH THE COURT ON 9/22/14 AND A FINAL HEARING HELD ON 10/24/14 - October 31, 2014.  ALL CHECKS HAVE

CLEARED THE BANK AND TRUSTEE SUBMITTING HIS TDR TO UST FOR REVIEW -December 30, 2014.

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 07/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-17070 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | NEKRASOV, EVGENIJ | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2317 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6373 | | |
| For Period Ending: | 12/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/12 | 8 | Marina P. Stolkarts | Sale of Vehicle | 1129-000 | 1,666.67 | | 1,666.67 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.45 | 1,666.22 |
| 01/15/13 | 8 | MARINA P. STOLKARTS | Sale of Vehicle | 1129-000 | 1,666.67 | | 3,332.89 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,322.89 |
| 02/18/13 | 8 | Marina Stolkarts | Sale of Vehicle | 1129-000 | 1,666.67 | | 4,989.56 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 3.50 | 4,986.06 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,976.06 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,966.06 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,956.06 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,946.06 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,936.06 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,926.06 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,916.06 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,906.06 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,896.06 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,886.06 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,876.06 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,866.06 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,856.06 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 7.06 | 4,849.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,839.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,829.00 |

Page Subtotals     5,000.01     171.01

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-17070 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | NEKRASOV, EVGENIJ | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2317 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6373 | | | |
| For Period Ending: | 12/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,819.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,809.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,799.00 |
| 10/28/14 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 1,286.82 | 3,512.18 |
| | | | Fees         1,250.00 | 2100-000 | | | |
| | | | Expenses         36.82 | 2200-000 | | | |
| 10/28/14 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,832.00 | 1,680.18 |
| 10/28/14 | 300005 | JOSEPH E. COHEN, Attorney for Trustee<br>105 West Madison St.<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 916.00 | 764.18 |
| 10/28/14 | 300006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 1.11939% | 7100-000 | | 22.99 | 741.19 |
| 10/28/14 | 300007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agenet<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 1.11971%<br>(2-1) modified on 1/8/12 to correct<br>creditor name(dg) | 7100-000 | | 11.48 | 729.71 |
| 10/28/14 | 300008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 1.11928%<br>(3-1) Unsecured Debt | 7100-000 | | 13.07 | 716.64 |
| 10/28/14 | 300009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000004, Payment 1.11923%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 371.30 | 345.34 |

Page Subtotals         0.00         4,483.66

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-17070 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | NEKRASOV, EVGENIJ | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2317 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6373 | | |
| For Period Ending: | 12/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/28/14 | 300010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 1.11923%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 296.02 | 49.32 |
| 10/28/14 | 300011 | Portfolio Recovery Associates, LLC<br>Successor GE Capital Retail Bk(Sams Club<br>by PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 | Claim 000006, Payment 1.11907%<br>(6-1) modified on 3/27/13 to<br>correct creditor name(dg)(6-2) modified on 3/27/13 to<br>correct creditor name(dg) | 7100-000 | | 49.32 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.01 | 5,000.01 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.01 | 5,000.01 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.01 | 5,000.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2317 | 5,000.01 | 5,000.01 | 0.00 |
| | 5,000.01 | 5,000.01 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  345.34

Ver: 18.03b